KAROL BORMAN, Respondent, *v.* HENRY PHIPPS ESTATES (a Domestic Corporation), Appellant.

First Department, November 22, 1940.

*William L. Shumate* of counsel [*Andrews, Baird & Shumate,* attorneys], for the appellant.

*Harold Ira Panken* of counsel [*Julius S. Moskowitz,* attorney], for the respondent.

TOWNLEY, J. The judgment should be reversed for errors in the charge. The court in effect said that the failure of a person to call witnesses or produce evidence under his control permitted the inference that the evidence would be unfavorable to him. This charge is substantially the same as that in *Milio* v. *Railway Motor Trucking Co.* (257 App. Div. 640) where this court in reversing a judgment for the plaintiff said: " The failure to call a witness within the control of a party may justify giving greater weight to the testimony already in the case, but it never authorizes a jury to speculate as to what the uncalled witness would testify to."

The judgment should be reversed and a new trial ordered, with costs to appellant to abide the event.

MARTIN, P. J., and DORE, J., concur; O'MALLEY and COHN, JJ., dissent.

Judgment reversed and a new trial ordered, with costs to the appellant to abide the event.